**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Kristopher Wilmont Berry, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2017-000100

---

**ON WRIT OF CERTIORARI**

---

Appeal From Darlington County
Roger E. Henderson, Circuit Court Judge

---

Opinion No. 2019-MO-037
Submitted September 16, 2019 – Filed October 2, 2019

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Senior Assistant Deputy Attorney General Megan Harrigan Jameson, and

Assistant Attorney General Johnny Ellis James, Jr., of Columbia, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the PCR court's decision dismissing Petitioner's Application for Relief. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**